# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIRBY JUPITER

NO. 2021 KW 1368

**JANUARY 31, 2022**

---

In Re:    Kirby Jupiter, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          479,097.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.** **Ramos v. Louisiana**, ___ U.S. ___, 140 S.Ct.
1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to
relator whose conviction and sentence was final at the time the
decision was rendered. See also **State v. Kelly**, 2021-00572 (La.
9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district
court did not err by dismissing the application for
postconviction relief.

                          **JMM**
                          **WIL**      ·
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT